**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Boyd Rashaeen Evans, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2021-000786

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Lexington County
J. Mark Hayes II, Circuit Court Judge

---

Memorandum Opinion No. 2022-MO-007
Heard May 17, 2022 – Filed May 25, 2022

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Susan Barber Hackett, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Deputy Attorney General Donald J. Zelenka, Senior Assistant Deputy Attorney General Melody Jane Brown, and Assistant

Attorney General William Joseph Maye, of Columbia; Samuel R. Hubbard III, of Lexington, all for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *Evans v. State*, Op. No. 2021-UP-099 (S.C. Ct. App. filed Mar. 31, 2021). We now dismiss as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**